IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Anthony Bussie, | : |
| Plaintiff(s), | : |
| vs. | : Case Number: 1:14cv32 |
| | : Chief Judge Susan J. Dlott |
| House Oversight Committee, et al., | : |
| Defendant(s). | : |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on February 24, 2014 (Doc. March 13, 2014), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired March 13, 2014, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's objection to the January 14, 2014 deficiency order (Doc. 4) is **DENIED.**  This case is hereby **DISMISSED** unless plaintiff pays within 30 days of the date of filing of this Order adopting the Report and Recommendation a total of $400 fee ($350 filing fee plus $50 administrative fee) required to initiate this action.

IT IS SO ORDERED.

   s/Susan J. Dlott
Chief Judge Susan J. Dlott
United States District Court